IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.   Criminal No. 3:25-mj-3

DESMOND MIKAL HAWKINS,

      Defendant.

FILED Jan 10 2025 CLERK, U.S. DISTRICT COURT RICHMOND, VA

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel B. Woods, being first duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and as such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2416 (1). I investigate violations of the laws of the United States as delineated in Title 28 of the Federal Code of Regulations. I have been a Special Agent with the ATF since June of 2018.

2. My duties as a Special Agent include the investigation of criminal violations of Federal Firearms and Narcotics laws. I have been involved in numerous investigations related to prohibited persons possessing firearms, persons trafficking firearms, and persons distributing controlled substances. I have been involved in the execution of search warrants and arrests resulting from prohibited person possessing firearms,

persons trafficking firearms, and the distribution of controlled substances and the concealing of drug-related assets.

3. I make this affidavit in support of a criminal complaint, charging Desmond Mikal HAWKINS (hereinafter "HAWKINS") with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

4. This affidavit is being submitted for the limited purpose to show that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this investigation. Instead, I have set forth only facts that I believe are sufficient to charge HAWKINS with a violation of the Subject Offense.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that HAWKINS (black male, date of birth X/XX/1994, social security number XXX-XX-2105, currently in custody at the Richmond City Jail) has committed violations of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon.

## RELEVANT STATUTORY PROVISIONS

6. 18 U.S.C. § 922(g)(1)—Possession of a Firearm by a Convicted Felon

## PROBABLE CAUSE

7. On August 10, 2024, Richmond City Police ("RPD") officers were patrolling the Shockoe Bottom neighborhood in the City of Richmond, within the Easter District of Virginia. Multiple RPD officers were walking north on 18th Street towards Broad Street when they encountered HAWKINS walking south towards them on 18th Street. HAWKINS was wearing a t-shirt and one of the RPD officers noticed an unusual bulge on HAWKINS' right hip that the officer

believed, based on his training and experience and the characteristics of the bulge, was a firearm concealed underneath HAWKINS' shirt.

8. The RPD officers approached HAWKINS and asked HAWKINS if he had a concealed weapon permit. HAWKINS told the RPD officers that he did but that it was "in the car." The RPD officers then detained HAWKINS and recovered a firearm from his waistband. The firearm was a **Glock pistol, model 22, 40 caliber, with serial number: BKWF989.** This firearm has been determined to have affected and traveled in interstate commerce due to being manufactured outside the Commonwealth of Virginia. After HAWKINS was detained, RPD officers determined that he was a felon.

9. HAWKINS was convicted on March 14, 2023, in the Eastern District of Virginia, Case 3:22-cr-75-MHL, of 18 U.S.C. § 922(g)(1)—Possession of a Firearm by a Convicted Felon. HAWKINS signed the Judgment, ECF No. 30, in that case, acknowledging that a United States Probation Officer reviewed the conditions of federal supervised release with him, including that after his felony conviction, he could not be in possession of a firearm.

**CONCLUSION**

10. Based on the foregoing facts, I respectfully submit there is probable cause to charge HAWKINS with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section (922)(g)(1) based on the arrest of HAWKINS on August 10, 2024.

Respectfully submitted,

*Daniel Woods*

Daniel B. Woods
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to by telephone
in accordance with Fed. R. Crim. P. 4.1
this 10th day of January 2025.

/s/ MRC

Mark R. Colombell
UNITED STATES MAGISTRATE JUDGE

4